**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW
483 Chestnut Street
Cedarhurst, New York 11516

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 1 4 2008

Telephone (516) 791-4400
Telecopier (516) 791-4411

April 11, 2008

<u>VIA FACSIMILE TO 212-805-0426</u>
The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

RE: **Abrams v. Excel**
07 CV 7864 (LTS)

Dear Judge Swain:

I represent the plaintiff in the above matter. I apologize as I meant to write a letter either yesterday or Wednesday. I would like to give the matter a little more consideration at to whether it is worth filing a default application or just dismissing the matter. That is the status at this point as the defendant was served but I understand the acceptance of service was very contentious, and the process server was told that this corporation no longer does business.

Thank you for the Court's consideration of the foregoing.

Yours faithfully,

Adam J. Fishbein

*The conference is adjourned to May 16, 2008 at 11 AM.*

SO ORDERED.

4/14/2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE