UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
KATHERINA ABRAMS on behalf of herself
And all others similarly situated

                                Plaintiff,

                    -against-

EXCEL ACQUISITIONS, LLC

                              Defendant.
-------------------------------------------------------

ECF CASE
07 CV 7864 (LTS)

## STIPULATION OF DISCONTINUANCE

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of their respective clients, (the defendant not having appeared) that pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed and without costs to either party.

Adam J. Fishbein, P.C. (AF-9508)
Attorney At Law
**Attorney for the Plaintiff**
483 Chestnut Street
Cedarhurst, New York 11516
516-791-4400

SO ORDERED:

5/16/08
U.S.D.J.